IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| MAINES PAPER & FOOD SERVICE, INC., et al.,[1] | ) Case No. 20-11502 (KBO) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

## CERTIFICATE OF SERVICE

I, Timothy P. Cairns, hereby certify that on the 2nd day of July, 2020, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated.

**Debtors' Motion for Entry of an Order (A) Approving the Adequacy of the Disclosure Statement; (B) Scheduling a Hearing to Confirm the Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code; (C) Establishing Deadline for Filing Objections to Confirmation of Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; and (E) Approving Form and Manner of Notice**

Dated: July 2, 2020

*/s/ Timothy P. Cairns*
Timothy P. Cairns (DE Bar No. 4228)

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Maines Paper & Food Service, Inc. (7759); Maines Funding Corporation (2136); Maines Paper & Food Service - Chicago, Inc. (9916); Maines Paper & Food Service - Dallas, Inc. (8533); Maines Paper & Food Service - Great Lakes, Inc. (3029); Maines Paper & Food Service - Maryland, Inc. (2317); Maines Paper & Food Service - Mid-Atlantic, Inc. (3028); Maines Paper & Food Service - New England, Inc. (3026); Maines Paper & Food Service - NY Metro, Inc. (3024); Maines Paper & Food Service - Ohio, Inc. (3023); Maines Paper & Food Service - Tennessee, Inc. (5934); Maines Paper & Food Service - Worcester, Inc. (1866); and Warehouse & Logistics, Inc. (5921). The Debtors' mailing address is 101 Broome Corporate Parkway, P.O. Box 450, Conklin, New York 13748.

Maines Funding Corp. 2002 SL FCM
Case No. 20-11501
Document No. 229044
02 – Interoffice Mail
10 – Hand Delivery
52 – First Class Mail

*([Proposed] Counsel to the Debtors)*
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19801

*INTEROFFICE MAIL*
*([Proposed] Counsel to the Debtors)*
David M. Bertenthal, Esquire
Pachulski Stang Ziehl & Jones LLP

*INTEROFFICE MAIL*
*([Proposed] Counsel to the Debtors)*
Maxim B. Litvak, Esquire
Pachulski Stang Ziehl & Jones LLP
150 California Street, 15th Floor
San Francisco, CA 94111

*HAND DELIVERY*
*(US Trustee)*
Timothy Jay Fox, Jr., Esquire
US Department of Justice
Office of the U.S. Trustee
J. Caleb Boggs Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*HAND DELIVERY*
(State Attorney General)
Kathy Jennings, Esquire
Delaware Department of Justice
Carvel State Office Building, 6th Floor
820 N French Street
Wilmington, DE 19801

*HAND DELIVERY*
Bankruptcy Administrator
Delaware Division of Revenue
Carvel State Office Building, 8th Floor
820 N French Street
Wilmington, DE 19801

*HAND DELIVERY*
(United States Attorney)
David C. Weiss
c/o Ellen Slights
US Attorney's Office
District of Delaware
Hercules Building, Suite 400
1313 N Market Street
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel for Lineage Logistics, Inc.)*
Michael R. Nestor, Esq.
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 N King Street
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel for Restaurant Services, Inc.)*
William E. Chipman, Jr., Esquire
Mark D. Olivere, Esquire
Chipman Brown Cicero & Cole, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel for SunTrust Equipment Finance & Leasing Corp.)*
J. Cory Falgowski, Esquire
Burr & Forman LLP
1201 N. Market Street, Suite 1407
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to PNC Bank, NA)*
Regina Kelbon, Esquire
Blank Rome LLP
1201 N. Market Street
Suite 800
Wilmington DE  19801

*HAND DELIVERY*
*(Counsel to Fleet Advantage)*
Deirdre M. Richards, Esquire
Fineman Krekstein & Harris PC
1300 N. King Street
Wilmington, DE  19801

*HAND DELIVERY*
*(Attorney for G & C Food Distributors & Brokers Inc.)*
Daniel C. Kerrick, Esquire
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE  19806

*FIRST CLASS MAIL*
(United States Attorney General)
William Barr, Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Room 4400
Washington, DC  20530-0001

*FIRST CLASS MAIL*
State of Delaware
Division of Corporations - Franchise Tax
John G. Townsend Building, Suite 4
401 Federal Street
PO Box 898 (Zip 19903)
Dover, DE  19901

*FIRST CLASS MAIL*
Delaware Secretary of Treasury
820 Silver Lake Boulevard, Suite 100
Dover, DE  19904

*FIRST CLASS MAIL*
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC  20220

*FIRST CLASS MAIL*
Office of General Counsel
Securities & Exchange Commission
100 F Street, NE
Washington, DC  20554

*FIRST CLASS MAIL*
Sharon Binger, Regional Director
Philadelphia Regional Office
Securities & Exchange Commission
One Penn Center, Suite 520
1617 JFK Boulevard
Philadelphia, PA  19103

*FIRST CLASS MAIL*
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
Brookfield Place, Suite 400
200 Vesey Street
New York, NY  10281

*FIRST CLASS MAIL*
Office of the Chief Counsel
Pension Benefit Guaranty Corporation
1200 K Street, NW
Washington, DC  20005

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Mail Stop 5-Q30.133
Philadelphia, PA  19101

*FIRST CLASS MAIL*
PNC Bank, NA
Attn: James Sierakowski
130 S Bond Street
Bel Air, MD  21014

**FIRST CLASS MAIL**
*(Counsel for Aim Leasing Company d/b/a Aim NationaLease)*
Timothy M. Rearson, Esquire
Brouse McDowell, LPA
6550 Seville Drive, Suite B
Canfield, OH 44406

**FIRST CLASS MAIL**
*(Counsel for Lineage Logistics, Inc.)*
Peter M. Gilhuly, Esquire
Latham & Watkins LLP
355 S Grand Avenue
Los Angeles, CA 90071-1560

**FIRST CLASS MAIL**
*(Counsel for Lineage Logistics, Inc.)*
Nacif Taousse, Esquire
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834

**FIRST CLASS MAIL**
*(Counsel for Restaurant Services, Inc.)*
Paul J. Battista
Genovese Joblove & Battista, P.A.
100 SE Second Street, 44th Floor
Miami, FL 33131

**FIRST CLASS MAIL**
*(Counsel for SunTrust Equipment Finance & Leasing Corp.)*
Valerie K. Richmond, Esquire
Burr & Forman LLP
171 17th Street, NW, Suite 1100
Atlanta, GA 30363

**FIRST CLASS MAIL**
*(Counsel to Fleet Advantage)*
Stephen Levin, Esquire
Flamm Walton Heimback
794 Penllyn Pike
Blue Bell, PA 19422-1669

**FIRST CLASS MAIL**
*(Counsel to Darden Direct Distribution, Inc.)*
Jason W. Harbour, Esquire
Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219

**FIRST CLASS MAIL**
*(Counsel to Darden Direct Distribution, Inc.)*
Paul N. Silverstein, Esquire
Brian M. Clarke, Esquire
Hunton Andrews Kurth LLP
200 Park Avenue
New York, NY 10166

**FIRST CLASS MAIL**
(Counsel to **Kaufman County**)
Elizabeth Weller, Esquire
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207

**FIRST CLASS MAIL**
(Attorneys for the Texas Comptroller of Public Accounts, Unclaimed Property Division )
Jason B. Binford, Esquire
Layla D. Milligan, Esquire
Assistant Attorneys General
Office of the Attorney General of Texas
Bankruptcy & Collections Division
PO Box 12548- MC 008
Austin, TX 78711-2548

**FIRST CLASS MAIL**
*(Attorneys for Ecolab Inc.)*
Samuel C. Wisotzkey
Kohner, Mann & Kailas, S.C.
Washington Building
Barnabas Business Center
4650 N Port Washington Road
Milwaukee, WI 53212-1059

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Aim Nationalease
Attn: Matt Svancara
4944 Belmont Ave
Youngstown, OH  44505

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Associated Milk Producers Inc.
Attn: Christina Globes
29246 Network Place
Chicago, IL  60673-1292

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Birchwood Foods
Attn: Alan Demory
1821 Dividend Drive
Columbus, OH  43228-3848

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Cargill Meat Solutions Corp
Attn: Lauren Sanabria Arrieta
  and Mario Rodriguez
PO Box 3021
Boston, MA  02241-3021

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Coca-Cola North America
Attn: Justin Rueffer and Lorraine Reed
PO Box 102703
Atlanta, GA  30368-2703

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Darden Direct Distribution, Inc.
Attn: Bruce Brown
1000 Darden Center Drive
Orlando, FL  32837

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Ecolab Inc
Attn: Miranda Seebeck and Marshall Hall
PO Box 32027
New York, NY  10087

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Fresh Mark Inc
Attn: John Colcalzier
PO Box 731400
Dallas, TX  75373-1400

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Graphic Packaging Intl Inc
Attn: Madison Raley
PO Box 645689
Pittsburgh, PA  15264

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Impossible Foods Inc
Attn: Daniel Lichaa
400 Saginaw Drive
Redwood City, CA  94063

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Koch Foods of Cincinnati
Attn: Krista Aquilo
PO Box 71233
Chicago, IL  60694-1233

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Kraft Heinz Foods Company
Attn: Susan King
PO Box 13063
Newark, NJ  07188

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
M&T Bank
Attn: Karen D. Budniak
PO Box 4560
Buffalo, NY  14240-4560

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Michael Foods Inc.
Attn: Dennis Winrow
27890 Network Place
Chicago, IL  60673-1278

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Michael McCuen
Attn: Jeremiah Frei-Pearson
445 Hamilton Avenue
Suite 605
White Plains, NY  10601

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Pactiv LLC
Attn: Athena Blight
29935 Network Place
Chicago, IL  60673-1299

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Peco Foods Inc
Attn: Williesha Bennett
PO Box 71273
Chicago, IL  60694-1273

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Penske Trk Leasing Co LP
Attn: Tyler Hard
PO Box 827380
Philadelphia, PA  19182-7380

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Perdue Farms Inc
Attn: Valerie Haldeman
  and Sandra Schlesinger
PO Box 536474
Pittsburgh, PA  15253-5906

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Restaurant Services Inc
Attn: Joel Nelkirk and Elise Romero
5200 Blue Lagoon Drive
Miami, FL  33126

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
RJB Properties Inc
Attn: Diana Alvarez
75 Remittance Drive Ste 1878
Chicago, IL  60675-1878

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
S&D Coffee Inc
Attn: Kathryn Poole
PO Box 752010
Charlotte, NC  28275

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Sentry Insurance A Mutual Company
Attn: Daniel Giles
1800 North Point Drive
Stevens Point, WI  54481

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Smithfield
Attn: Cheryl Luetger
PO Box 74008622
Chicago, IL  60674

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Stratas Foods LLC
Attn: Robin Sarratt
PO Box 11407
Birmingham, AL  35246-2477

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
T Marzetti Company
Attn: Joelene Lowe
Dept L-818
Columbus, OH  43260

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Tim Hortons USA Inc.
Attn: Julia Kim
5505 Blue Lagoon Drive
Miami, FL  33126-2029

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Trident Seafoods Corp
Attn: Joshua Luna and Lydia Fox
PO Box 952517
Saint Louis, MO  63195-2517

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Tyson Fresh Meats Inc.
Attn: Rachael Woolfley
PO Box 28958
New York, NY  10087

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Ernst & Young Capital Advisors, LLC
Attn: Dan Brandt
5 Times Square
New York, NY  10036

*FIRST CLASS MAIL*
*(Top 30 Creditors)*
Ronpak Inc.
Attn: Harold Carver
PO Box 713761
Cincinnati, OH  45271