STRETTO

# Claims Register as of 7/15/2020

Sorted by Claim Number

| Claim No. | Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Date Filed | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Liberty Paper Products Acquisition LLC | John Conway | 4850 West Jefferson Street | | Phoenix | AZ | 85043 | 6/15/2020 | $73,542.78 | $73,542.78 | | | |
| 2 | Riskonnect ClearSight LLC | Attn: Kayla Merwin | 1701 Barrett Lakes Blvd | | Kennesaw | GA | 30144 | 6/15/2020 | $15,624.11 | $15,566.03 | | $58.08 | |
| 3 | Riskonnect ClearSight LLC | Attn: Kayla Merwin | 1701 Barrett Lakes Blvd | | Kennesaw | GA | 30144 | 6/15/2020 | $57,311.06 | $54,800.00 | | $2,511.06 | |
| 4 | Matco Electric Corporation | Attn: Kathleen Towery | 3913 Gates Road | | Vestal | NY | 13850 | 6/15/2020 | $5,849.28 | $5,849.28 | | | |
| 5 | Marathon Enterprises, Inc | Attn: Maggie Cramer | 9 Smith Street | | Englewood | NJ | 07631 | 6/15/2020 | $8,686.50 | $8,686.50 | | | |
| 6 | Brown Paper Goods Company | Attn: Ken Young | 3530 Birchwood Dr | | Waukegan | IL | 60085 | 6/15/2020 | $18,577.89 | $18,577.89 | | | |
| 7 | Natural Brands Inc. | PO BOX 181386 | | | Dallas | TX | 75218 | 6/16/2020 | $28,757.75 | $28,757.75 | | | |
| 8 | Lilly's Gastronomia Italiana, Inc | 208 Main Street | | | Everett | MA | 02149 | 6/16/2020 | $5,626.07 | $5,626.07 | | | |
| 9 | Plymouth Beef Co | Attn: Devi | 355 Food Center Drive | Bldg G1 | Bronx | NY | 10474 | 6/17/2020 | Withdrawn | | | | |
| 10 | Corporation Service Company | Attn: Payments | 251 Little Falls Drive | | Wilmington | DE | 19808 | 6/17/2020 | $418.00 | $418.00 | | | |
| 12 | Plymouth Beef Co | Attn: Devi | 355 Food Center Drive | Bldg G1 | Bronx | NY | 10474 | 6/17/2020 | $5,320.00 | $5,320.00 | | | |
| 13 | Ocean State Peeled Potato, Inc | Attn: Tammy Cardillo | 1587 Plainfield Pike | | Johnston | RI | 02919 | 6/16/2020 | $15,684.00 | | | $15,684.00 | |
| 14 | Paul Delima Co., Inc. | Attn: Kurt Michael Stroman | 7546 Morgan Road | | Liverpool | NY | 13090 | 6/17/2020 | $11,628.40 | $11,628.40 | | | |
| 15 | Anchor Packaging, LLC | Attn: Larry W. Jewell | 13515 Barrett Pkwy Dr | Ste 100 | Ballwin | MO | 63021 | 6/17/2020 | $145,045.10 | $145,045.10 | | | |
| 16 | National Checking Company | Attn: Kelley Perry | 899 Montreal Circle | | St. Paul | MN | 55102 | 6/17/2020 | $6,162.24 | $6,162.24 | | | |
| 17 | Corporation Service Company | Attn: Payments | 251 Little Falls Drive | | Wilmington | DE | 19808 | 6/17/2020 | Amended | | | | |
| 18 | KY Department of Revenue | Legal Support Branch | PO Box 5222 | | Frankfort | KY | 40602 | 6/17/2020 | $3,573.97 | $577.15 | | $2,996.82 | |
| 19 | McCain Foods USA, Inc. | Attn: Ian Mitchell | One Tower Lane | 11th Floor | Oakbrook Terrace | IL | 60181 | 6/17/2020 | $873,763.98 | $873,763.98 | | | |
| 20 | Orkin Pest Control | Attn: Samantha Slater | 75 Nassau Terminal Rd | 2nd Floor | New Hyde Park | NY | 11040 | 6/17/2020 | $1,339.93 | $1,339.93 | | | |
| 21 | Huff Paper Company | Attn: Chris Cecco | 10 Creek Pkwy | | Boothwyn | PA | 19061 | 6/18/2020 | $20,069.95 | $20,069.95 | | | |
| 23 | Euler Hermes N.A. Agent for Indian Ridge Provisions | A. Stokes #443619 | 800 Red Brook Blvd. | | Owings Mills | Md | 21117 | 6/18/2020 | $38,149.00 | $38,149.00 | | | |
| 25 | Chicago Messenger Service | Attn: Mike Silcroft | PO Box 7010 | | Westchester | IL | 60154 | 6/19/2020 | $198.88 | $198.88 | | | |
| 28 | Heller Plumbing Corp. | 42 Montauk Hwy. | | | Amity Harbor | NY | 11701 | 6/22/2020 | $1,736.66 | $1,736.66 | | | |
| 30 | Cleo Communications US, LLC | Attn: June Sotelo | 4949 Harrison Ave | Suite 200 | Rockford | IL | 61108 | 6/22/2020 | $450.15 | $450.15 | | | |
| 31 | Ed Miniat LLC | 16250 S. Vincennes Ave | | | South Holland | IL | 60473 | 6/22/2020 | $168,970.06 | $168,970.06 | | | |
| 32 | Zwilling J.A. Henckels | Att: Stephen Foreman | 270 Marble Avenue | | Pleasantville | NY | 10570 | 6/22/2020 | $734.26 | $734.26 | | | |
| 34 | Sokolis Transportation Group, Inc. | Attn: Howard Abrams | 1432 Easton Rd | Bldg 2F | Warrington | PA | 18976 | 6/22/2020 | $13,719.00 | $13,719.00 | | | |
| 35 | Cura Emergency Services, LLC | Attn: Aaron Bushko | 6205 Chapel Hill Blvd. | Suite 100 | Plano | TX | 75093 | 6/22/2020 | $4,164.95 | $4,164.95 | | | |
| 36 | Cura Emergency Services, LLC | Attn: Aaron Bushko | 6205 Chapel Hill Blvd. | Suite 100 | Plano | TX | 75093 | 6/23/2020 | Amended | | | | |
| 37 | Cura Emergency Services, LLC | Attn: Aaron Bushko | 6205 Chapel Hill Blvd. | Suite 100 | Plano | TX | 75093 | 6/23/2020 | $1,319.51 | $1,319.51 | | | |
| 39 | Cura Emergency Services, LLC | Attn: Aaron Bushko | 6205 Chapel Hill Blvd. | Suite 100 | Plano | TX | 75093 | 6/23/2020 | $4,633.67 | $4,633.67 | | | |
| 41 | Great American Snacks | Jerry Livingston | 216 8th Street North | | Nampa | ID | 83687 | 6/23/2020 | $86,453.94 | $86,453.94 | | | |
| 42 | Sabra Myers | Address on File | | | | | | 6/23/2020 | $1,500,000.00 | $1,500,000.00 | | | |
| 43 | Northstar Disposal Corp | Elizabeth M Herrick | 89 Guion Street | | Springfield | MA | 01104 | 6/23/2020 | $1,559.50 | $1,559.50 | | | |
| 44 | Orlando Food Sales Inc. | Daniel F. Licini | 208 Harristown Road | Ste 103 | Glen Rock | NJ | 07452 | 6/23/2020 | $5,764.50 | $5,764.50 | | | |
| 45 | Sterno Products | Accounts Receivable | 1880 Compton Ave Suite 101 | | Corona | CA | 92881 | 6/23/2020 | $7,894.42 | $7,894.42 | | | |
| 47 | Michael Cole | Address on File | | | | | | 6/24/2020 | $30,000.00 | | $30,000.00 | | |
| 48 | Diesel Direct Mid-Atlantic | Tim Burns, Credit Manager | 74 Maple Street | | Stoughton | MA | 02072 | 6/24/2020 | $9,456.64 | $9,456.64 | | | |
| 49 | Harold Smith and Emily Green | c/o The Ahearne Law Firm PLLC | Attn: Allan J. Ahearne, Esq. | 24 Main Street | Warwick | NY | 10990 | 6/24/2020 | $25,000,000.00 | $25,000,000.00 | | | |
| 50 | Loeb Electric Co. | Jeff Blunt | 1800 E. 5th Ave | | Columbus | OH | 43219 | 6/24/2020 | $30,639.36 | $30,639.36 | | | |
| 51 | Kurt Steinhauser | Address on File | | | | | | 6/24/2020 | $62,500.00 | | | $62,500.00 | |
| 53 | Jan Gilbert | c/o Sam G. Caras Co., L.P.A. | Attn Sam G. Caras, Esq. | 130 West Second Street Suite 310 | Dayton | OH | 45402 | 6/25/2020 | $0.00 | 70000.00 Plus | | | |
| 54 | Bert Adams Disposal Inc | PO Box 549 | | | Chenango Bridge | NY | 13745 | 6/16/2020 | $7,394.25 | $7,394.25 | | | |
| 56 | Staples Business Advantage | Attn: Tom Riggleman | 7 Technology Circle | | Columbia | SC | 29203 | 6/16/2020 | $13,109.05 | $13,109.05 | | | |
| 57 | Detergent Marketing Systems Inc | 300 North Lake Street | | | Montgomery | IL | 60538 | 6/16/2020 | $29,409.81 | $29,409.81 | | | |
| 58 | Hanover Foods Corporation | 1486 York Street | | | Hanover | PA | 17331 | 6/22/2020 | $26,299.40 | $26,299.40 | | | |
| 59 | Lawler Foods | P.O. Box 2558 | | | Humble | TX | 77347 | 6/22/2020 | $50,495.90 | $50,495.90 | | | |
| 61 | Domino Foods, Inc. | c/o Blanco Tackabery & Matamoros, P.A. | Attn Ashely S. Rusher | Post Office Drawer 25008 | Winston-Salem | NC | 27114 | 6/25/2020 | $40,801.35 | $40,801.35 | | | |
| 63 | Andersen Material Handling | Kevin J. Godin | 30575 Andersen Ct. | | Wixom | MI | 48393 | 6/25/2020 | $12,692.84 | $12,692.84 | | | |
| 64 | Triple T Transport, Inc. | Wade Amelung | PO Box 649 | | Lewis Center | OH | 43035 | 6/25/2020 | $198,245.90 | $198,245.90 | | | |
| 67 | Carol Nesci Produce Inc | 105 Evelyn Terrace | | | Syracuse | NY | 13208 | 6/26/2020 | $23,532.58 | $23,532.58 | | | |
| 68 | Durable Inc. | Durable Packaging International | 750 Northgate Parkway | | Wheeling | IL | 60090 | 6/26/2020 | $25,708.46 | $25,708.46 | | | |
| 69 | Original Bagel | David Harris | 2 Fairfield Crescent | | West Caldwell | NJ | 07006 | 6/26/2020 | $7,474.57 | $7,474.57 | | | |
| 70 | Yair Aaron Barrow | c/o Werb & Sullivan | Attn: Brian Sullivan | 1225 North King Street, Suite 600 | Wilmington | DE | 19801 | 6/26/2020 | $0.00 | Unliquidated | | | |
| 71 | Terrell Alarm Systems, LLC | Robert Smith | 901 W Moore Avenue | | Terrell | TX | 75160 | 6/29/2020 | $4,063.00 | $4,063.00 | | | |
| 72 | Terrell Alarm Systems, LLC | Robert Smith | 901 W Moore Avenue | | Terrell | TX | 75160 | 6/29/2020 | $2,524.38 | $2,524.38 | | | |
| 73 | Environmental Restoration LLC | Attn Sharon Henry | 1666 Fabick Drive | | Fenton | MO | 63026 | 6/29/2020 | $2,523.10 | $2,523.10 | | | |
| 74 | Environmental Restoration LLC | Attn Sharon Henry | 1666 Fabick Drive | | Fenton | MO | 63026 | 6/29/2020 | $2,240.85 | $2,240.85 | | | |

STRETTO

# Claims Register as of 7/15/2020

Sorted by Claim Number

| Claim No. | Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Date Filed | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | Joshlynn Holloway | c/o Zavodnick, Perlmutter & Boccia, LLC | Attn Mitchell D. Perlmutter | 26 Journal Square Suite 1102 | Jersey City | NJ | 07306 | 6/29/2020 | $500,000.00 | $500,000.00 | | | |
| 77 | Daisy Brand, LLC | c/o Foley & Lardner LLP | Attn Tom Scannell | 2021 McKinney Avenue, Suite 1600 | Dallas | TX | 75201 | 6/29/2020 | $20,047.50 | $20,047.50 | | | |
| 79 | Swanson-Girard Distributing, Inc. DBA Filtercorp SE | 10420 Southern Loop Blvd | | | Pineville | NC | 28134 | 6/26/2020 | $10,686.17 | $10,686.17 | | | |
| 81 | Professional Image Inc | 1654 Front St | Ste 5 | | Slidell | LA | 70458 | 6/30/2020 | $310.95 | $310.95 | | | |
| 83 | Euler Hermes Agent for Samuelson and Son Seafood Co # 444651 | Insolvency Dept | 800 Red Brook Blvd. | | Owings Mills | Md. | 21117 | 6/30/2020 | $156,484.00 | $156,484.00 | | | |
| 84 | Mississippi Department of Revenue | Bankruptcy Section | P.O. Box 22808 | | Jackson | MS | 39225-2808 | 6/30/2020 | Unliquidated | | | Unliquidated | |
| 85 | Cotner Farms, Inc. | Russell Cotner | 970 Rushtown Rd | | Danville | PA | 17821 | 6/30/2020 | $96,070.17 | $96,070.17 | | | |
| 86 | Upstate Farms Dairy, LLC | Tom Soluri | 25 Anderson Road | | Buffalo | NY | 14225 | 6/30/2020 | $512,943.79 | $512,943.79 | | | |
| 88 | Packaging Corporation of America | Credit Department | 1 N Field Court | Attn: Vince Carrera | Lake Forest | IL | 60045 | 6/30/2020 | $45,200.65 | $45,200.65 | | | |
| 89 | Stratas Foods, LLC | c/o Eckert Seamans Cherin & Mellott, LLC | Attn: Harry Readshaw | 600 Grant Street, 44th Floor | Pittsburgh | PA | 15219 | 7/1/2020 | $1,366,246.00 | $1,366,246.00 | | | |
| 95 | James E. Jackson | c/o Law Firm of Adam P. Frank, LLC | Attn: Adam P. Frank, Esq. | 101 E. Chesapeake Ave., Suite 200 | Towson | MD | 21286 | 7/1/2020 | $1,000,000.00 | $1,000,000.00 | | | |
| 96 | David Rivera | c/o Law Office of Michael Siegel, P.C. | Attn: Michel Siegel, Esq. | 8687 Pinto St. | Hollis | NY | 11423 | 7/1/2020 | $95,000.00 | | $95,000.00 | | |
| 97 | Jeffrey Dietrick | Address on File | | | | | | 7/1/2020 | $171,495.00 | $171,495.00 | | | |
| 98 | Schreiber Foods Inc. | c/o Clark Hill PLC | Attn: Scott N. Schreiber | 130 E. Randolph St., #3900 | Chicago | IL | 60601 | 7/1/2020 | $500,461.88 | $500,461.88 | | | |
| 99 | Robyn Brunges | Address on File | | | | | | 7/1/2020 | $60,220.00 | $60,220.00 | | | |
| 100 | Scott Peter Leveille | Address on File | | | | | | 7/1/2020 | $108,768.00 | $108,768.00 | | | |
| 103 | Ida Delores Eversole | Address on File | | | | | | 7/6/2020 | $36,000.00 | $36,000.00 | | | |
| 106 | Euler Hermes Agent for Nebraskaland | Susan Horn | 800 Red Brook Blvd | | Owings Mills | MD | 21117 | 7/2/2020 | $58,025.18 | $58,025.18 | | | |
| 109 | Craig Myers | Address on File | | | | | | 7/5/2020 | $125,237.00 | $125,237.00 | | | |
| 110 | Jeffrey Dietrick | Address on File | | | | | | 7/5/2020 | Amended | | | | |
| 111 | Highland Baking Company | c/o Accounting | 2301 Shermer Road | | Northbrook | IL | 60062 | 7/7/2020 | $127,149.96 | $127,149.96 | | | |
| 112 | Shelly Ann Landon | Address on File | | | | | | 7/5/2020 | $9,900.00 | $9,900.00 | | | |
| 113 | Alpha Baking Company, Inc | Marilyn Renae Turner-Chisholm | 5001 West Polk Street | | Chicago | IL | 60644 | 7/8/2020 | $67,996.84 | $67,996.84 | | | |
| 114 | Southern Tier Network, Inc. | 8 Denison Parkway East | Suite 310 | | Corning | NY | 14830 | 7/6/2020 | $53,622.00 | $53,622.00 | | | |
| 115 | Russell Woodward | Address on File | | | | | | 7/6/2020 | $25,000.00 | $25,000.00 | | | |
| 116 | Thomas Rossi | Address on File | | | | | | 7/6/2020 | $65,000.00 | $65,000.00 | | | |
| 117 | Neil Jones Food Company | Accounts Receivable | 1701 W 16th Street | | Vancouver | WA | 98660 | 7/6/2020 | $47,323.86 | $47,323.86 | | | |
| 119 | Cura Emergency Services, LLC | Attn: Aaron Bushko | 6205 Chapel Hill Blvd. | Suite 100 | Plano | TX | 75093 | 7/6/2020 | Amended | | | | |
| 120 | Signode/Muller | Susan Hill | PO Box 71514 | | Chicago | IL | 60694-1514 | 7/7/2020 | $40,015.36 | $40,015.36 | | | |
| 121 | PSEG LI | Laura Gomez | 15 Park Drive | Special Collections | Melville | NY | 11747 | 7/7/2020 | $11,173.17 | $11,173.17 | | | |
| 122 | Polsinello Fuels, Inc. | Beth Polsinello | P.O. Box 211 | | Rensselaer | NY | 12144 | 7/7/2020 | $9,897.70 | $9,897.70 | | | |
| 123 | Robert James Bennett | Address on File | | | | | | 7/8/2020 | $6,031.48 | $6,031.48 | | | |
| 124 | Saputo Dairy Foods USA, LLC | Steve Carlson | 2711 North Haskell Ave #3700 | | Dallas | TX | 75204 | 7/8/2020 | $437,818.21 | $437,818.21 | | | |
| 125 | Robert Marvin | Address on File | | | | | | 7/8/2020 | $65,000.00 | $51,350.00 | | $13,650.00 | |
| 126 | Team Three Group Limited, LLC | Mariann Hubbard | 18445 Edison Ave | | Chesterfield | MO | 63005 | 7/8/2020 | $388,210.45 | $388,210.45 | | | |
| 127 | Kettle Cuisine LLC | Attn: Wendy Emerson | 330 Lynnway | | Lynn | MA | 01901 | 7/8/2020 | $20,304.63 | $18,523.90 | $1,780.73 | | |
| 128 | Two-L-Electric Company | Accounting Department | 1363 Heistan Place | | Memphis | TN | 38104 | 7/9/2020 | $7,798.00 | $7,798.00 | | | |
| 130 | KINEXO | Kim Farmer | PO Box 6097 | | Rocky Mount | NC | 27802 | 7/9/2020 | $14,513.66 | $14,513.66 | | | |
| 132 | Ahlstrom-Munksjo Sales, USA | Coface North America Insurance Company | 650 College Road East, Suite 2005 | | Princeton | NJ | 08540 | 7/9/2020 | $2,525.83 | $2,525.83 | | | |
| 133 | Lactalis Culinary | Coface North America Insurance Company | 650 College Road East, Suite 2005 | | Princeton | NJ | 08540 | 7/9/2020 | $55,961.85 | $55,961.85 | | | |
| 134 | Ecopax, LLC | Coface North America Insurance Company | 650 College Road East, Suite 2005 | | Princeton | NJ | 08540 | 7/9/2020 | $17,173.26 | $17,173.26 | | | |
| 136 | Salov NA / Filippo Berio | Attn: Paige Van Valkenburgh | 125 Chubb Avenue | Suite 1 Floor 1 | Lyndhurst | NJ | 07071 | 7/9/2020 | $6,792.00 | $6,792.00 | | | |
| 137 | Nathaniel Toraine | Address on File | | | | | | 7/10/2020 | $15,000.00 | $15,000.00 | | | |
| 138 | Belgioioso Cheese Inc | 4200 Main Street | | | Green Bay | WI | 54311 | 7/10/2020 | $10,622.96 | $10,622.96 | | | |
| 139 | Darneld Kirkwood | Address on File | | | | | | 7/9/2020 | $1,100.00 | $1,100.00 | | | |
| 143 | Entercom Communications Corp | PO Box 77093 | | | Cleveland | OH | 44194 | 7/10/2020 | $10,782.00 | $10,782.00 | | | |
| 144 | United Apple Sales LLC | Sheila Dobbins | 99 West Avenue | PO Box 503 | Lyndonville | NY | 14098 | 7/9/2020 | $2,576.00 | $2,576.00 | | | |
| 145 | S & D Coffee Inc | Attn: Jim Brown | PO Box 1628 | | Concord | NC | 28026 | 7/13/2020 | $916,390.51 | $916,390.51 | | | |
| 147 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | Albany | NY | 12205-0300 | 7/13/2020 | $8,799.90 | $4,000.00 | | $4,799.90 | |

STRETTO

## Claims Register as of 7/15/2020

Sorted by Claim Number

| Claim No. | Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Date Filed | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 148 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | Albany | NY | 12205-0300 | 7/13/2020 | $4,000.00 | $4,000.00 | | | |
| 150 | Holly Poultry LLC | Attn: Jamie Grimes | 2221 Berlin Street | | Baltimore | MD | 21230 | 7/13/2020 | $18,055.99 | $18,055.99 | | | |
| 151 | State Street Poultry and Provisions | Attn: Jamie Grimes | 2221 Berlin Street | | Baltimore | MD | 21230 | 7/13/2020 | $10,479.41 | $10,479.41 | | | |
| 153 | Mr. Chips, Inc. | Attn: Jim Sanders | 2628 N Huron Rd | | Pinconning | MI | 48650 | 7/13/2020 | $142,499.28 | $142,499.28 | | | |
| 158 | Dole Packaged Foods, LLC | Attn: Anoosh Zadourian | 3059 Townsgate Road | Suite 400 | Westlake Village | CA | 91361 | 7/13/2020 | $37,026.45 | $37,026.45 | | | |
| 159 | Torrey Farms Inc. | c/o Accounts Receivable | PO Box 187 | | Elba | NY | 14058 | 7/13/2020 | $3,014.00 | | | | $3,014.00 |
| 160 | Stretch Wrap Systems, LLC | Lori Versace | PO Box 105 | | Emigsville | PA | 17318 | 7/14/2020 | $1,069.20 | $1,069.20 | | | |
| 161 | G & C Food Distributors & Brokers Inc. | c/o Hogan McDaniel | Attn: Daniel C. Kerrick | 1311 Delaware Avenue | Wilmington | DE | 19806 | 7/14/2020 | $744,835.66 | $744,835.66 | | | |
| 162 | CG Roxane LLC | Patrice Marquet | PO Drawer A | | Olancha | CA | 93549 | 7/14/2020 | $22,518.00 | $22,518.00 | | | |
| 165 | Huhtamaki, Inc. | 9201 Packaging Dr | | | DeSoto | KS | 66018 | 7/15/2020 | $476,504.94 | $476,504.94 | | | |
| 166 | IPFS Corporation | Lisa R. Chandler | 30 Montgomery Street | Suite 501 | Jersey City | NJ | 07302 | 7/15/2020 | $424,797.39 | | $424,797.39 | | |
| 167 | Binghamton Material Handling, Inc. | Jeffrey Lubs | 295 Court St | | Binghamton | NY | 13904 | 7/15/2020 | $1,584.27 | $1,584.27 | | | |

STRETTO

## Claims Register as of 7/15/2020

Sorted Alphabetically

| Claim No. | Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Date Filed | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 132 | Ahlstrom-Munksjo Sales, USA | Coface North America Insurance Company | 650 College Road East, Suite 2005 | | Princeton | NJ | 08540 | 7/9/2020 | $2,525.83 | $2,525.83 | | | |
| 113 | Alpha Baking Company, Inc | Marilyn Renae Turner-Chisholm | 5001 West Polk Street | | Chicago | IL | 60644 | 7/8/2020 | $67,996.84 | $67,996.84 | | | |
| 15 | Anchor Packaging, LLC | Attn: Larry W. Jewell | 13515 Barrett Pkwy Dr | Ste 100 | Ballwin | MO | 63021 | 6/17/2020 | $145,045.10 | $145,045.10 | | | |
| 63 | Andersen Material Handling | Kevin J. Godin | 30575 Andersen Ct. | | Wixom | MI | 48393 | 6/25/2020 | $12,692.84 | $12,692.84 | | | |
| 138 | Belgioioso Cheese Inc | 4200 Main Street | | | Green Bay | WI | 54311 | 7/10/2020 | $10,622.96 | $10,622.96 | | | |
| 54 | Bert Adams Disposal Inc | PO Box 549 | | | Chenango Bridge | NY | 13745 | 6/16/2020 | $7,394.25 | $7,394.25 | | | |
| 167 | Binghamton Material Handling, Inc. | Jeffrey Lubs | 295 Court St | | Binghamton | NY | 13904 | 7/15/2020 | $1,584.27 | $1,584.27 | | | |
| 6 | Brown Paper Goods Company | Attn: Ken Young | 3530 Birchwood Dr | | Waukegan | IL | 60085 | 6/15/2020 | $18,577.89 | $18,577.89 | | | |
| 67 | Carol Nesci Produce Inc | 105 Evelyn Terrace | | | Syracuse | NY | 13208 | 6/26/2020 | $23,532.58 | $23,532.58 | | | |
| 162 | CG Roxane LLC | Patrice Marquet | PO Drawer A | | Olancha | CA | 93549 | 7/14/2020 | $22,518.00 | $22,518.00 | | | |
| 25 | Chicago Messenger Service | Attn: Mike Silcroft | PO Box 7010 | | Westchester | IL | 60154 | 6/19/2020 | $198.88 | $198.88 | | | |
| 30 | Cleo Communications US, LLC | Attn: June Sotelo | 4949 Harrison Ave | Suite 200 | Rockford | IL | 61108 | 6/22/2020 | $450.15 | $450.15 | | | |
| 10 | Corporation Service Company | Attn: Payments | 251 Little Falls Drive | | Wilmington | DE | 19808 | 6/17/2020 | $418.00 | $418.00 | | | |
| 17 | Corporation Service Company | Attn: Payments | 251 Little Falls Drive | | Wilmington | DE | 19808 | 6/17/2020 | Amended | | | | |
| 85 | Cotner Farms, Inc. | Russell Cotner | 970 Rushtown Rd | | Danville | PA | 17821 | 6/30/2020 | $96,070.17 | $96,070.17 | | | |
| 109 | Craig Myers | Address on File | | | | | | 7/5/2020 | $125,237.00 | $125,237.00 | | | |
| 35 | Cura Emergency Services, LLC | Attn: Aaron Bushko | 6205 Chapel Hill Blvd. | Suite 100 | Plano | TX | 75093 | 6/22/2020 | $4,164.95 | $4,164.95 | | | |
| 36 | Cura Emergency Services, LLC | Attn: Aaron Bushko | 6205 Chapel Hill Blvd. | Suite 100 | Plano | TX | 75093 | 6/23/2020 | Amended | | | | |
| 37 | Cura Emergency Services, LLC | Attn: Aaron Bushko | 6205 Chapel Hill Blvd. | Suite 100 | Plano | TX | 75093 | 6/23/2020 | $1,319.51 | $1,319.51 | | | |
| 39 | Cura Emergency Services, LLC | Attn: Aaron Bushko | 6205 Chapel Hill Blvd. | Suite 100 | Plano | TX | 75093 | 6/23/2020 | $4,633.67 | $4,633.67 | | | |
| 119 | Cura Emergency Services, LLC | Attn: Aaron Bushko | 6205 Chapel Hill Blvd. | Suite 100 | Plano | TX | 75093 | 7/6/2020 | Amended | | | | |
| 77 | Daisy Brand, LLC | c/o Foley & Lardner LLP | Attn Tom Scannell | 2021 McKinney Avenue, Suite 1600 | Dallas | TX | 75201 | 6/29/2020 | $20,047.50 | $20,047.50 | | | |
| 139 | Darneld Kirkwood | Address on File | | | | | | 7/9/2020 | $1,100.00 | $1,100.00 | | | |
| 96 | David Rivera | c/o Law Office of Michael Siegel, P.C. | Attn: Michel Siegel, Esq. | 8687 Pinto St. | Hollis | NY | 11423 | 7/1/2020 | $95,000.00 | | $95,000.00 | | |
| 57 | Detergent Marketing Systems Inc | 300 North Lake Street | | | Montgomery | IL | 60538 | 6/16/2020 | $29,409.81 | $29,409.81 | | | |
| 48 | Diesel Direct Mid-Atlantic | Tim Burns, Credit Manager | 74 Maple Street | | Stoughton | MA | 02072 | 6/24/2020 | $9,456.64 | $9,456.64 | | | |
| 158 | Dole Packaged Foods, LLC | Attn: Anoosh Zadourian | 3059 Townsgate Road | Suite 400 | Westlake Village | CA | 91361 | 7/13/2020 | $37,026.45 | $37,026.45 | | | |
| 61 | Domino Foods, Inc. | c/o Blanco Tackabery & Matamoros, P.A. | Attn Ashely S. Rusher | Post Office Drawer 25008 | Winston-Salem | NC | 27114 | 6/25/2020 | $40,801.35 | $40,801.35 | | | |
| 68 | Durable Inc. | Durable Packaging International | 750 Northgate Parkway | | Wheeling | IL | 60090 | 6/26/2020 | $25,708.46 | $25,708.46 | | | |
| 134 | Ecopax, LLC | Coface North America Insurance Company | 650 College Road East, Suite 2005 | | Princeton | NJ | 08540 | 7/9/2020 | $17,173.26 | $17,173.26 | | | |
| 31 | Ed Miniat LLC | 16250 S. Vincennes Ave | | | South Holland | IL | 60473 | 6/22/2020 | $168,970.06 | $168,970.06 | | | |
| 143 | Entercom Communications Corp | PO Box 77093 | | | Cleveland | OH | 44194 | 7/10/2020 | $10,782.00 | $10,782.00 | | | |
| 73 | Environmental Restoration LLC | Attn Sharon Henry | 1666 Fabick Drive | | Fenton | MO | 63026 | 6/29/2020 | $2,523.10 | $2,523.10 | | | |
| 74 | Environmental Restoration LLC | Attn Sharon Henry | 1666 Fabick Drive | | Fenton | MO | 63026 | 6/29/2020 | $2,240.85 | $2,240.85 | | | |
| 106 | Euler Hermes Agent for Nebraskaland | Susan Horn | 800 Red Brook Blvd | | Owings Mills | MD | 21117 | 7/2/2020 | $58,025.18 | $58,025.18 | | | |
| 83 | Euler Hermes Agent for Samuelson and Son Seafood Co # 444651 | Insolvency Dept | 800 Red Brook Blvd. | | Owings Mills | Md. | 21117 | 6/30/2020 | $156,484.00 | $156,484.00 | | | |
| 23 | Euler Hermes N.A. Agent for Indian Ridge Provisions | A. Stokes #443619 | 800 Red Brook Blvd. | | Owings Mills | Md | 21117 | 6/18/2020 | $38,149.00 | $38,149.00 | | | |
| 161 | G & C Food Distributors & Brokers Inc. | c/o Hogan McDaniel | Attn: Daniel C. Kerrick | 1311 Delaware Avenue | Wilmington | DE | 19806 | 7/14/2020 | $744,835.66 | $744,835.66 | | | |
| 41 | Great American Snacks | Jerry Livingston | 216 8th Street North | | Nampa | ID | 83687 | 6/23/2020 | $86,453.94 | $86,453.94 | | | |
| 58 | Hanover Foods Corporation | 1486 York Street | | | Hanover | PA | 17331 | 6/22/2020 | $26,299.40 | $26,299.40 | | | |
| 49 | Harold Smith and Emily Green | c/o The Ahearne Law Firm PLLC | Attn: Allan J. Ahearne, Esq. | 24 Main Street | Warwick | NY | 10990 | 6/24/2020 | $25,000,000.00 | $25,000,000.00 | | | |
| 28 | Heller Plumbing Corp. | 42 Montauk Hwy. | | | Amity Harbor | NY | 11701 | 6/22/2020 | $1,736.66 | $1,736.66 | | | |
| 111 | Highland Baking Company | c/o Accounting | 2301 Shermer Road | | Northbrook | IL | 60062 | 7/7/2020 | $127,149.96 | $127,149.96 | | | |
| 150 | Holly Poultry LLC | Attn: Jamie Grimes | 2221 Berlin Street | | Baltimore | MD | 21230 | 7/13/2020 | $18,055.99 | $18,055.99 | | | |
| 21 | Huff Paper Company | Attn: Chris Cecco | 10 Creek Pkwy | | Boothwyn | PA | 19061 | 6/18/2020 | $20,069.95 | $20,069.95 | | | |
| 165 | Huhtamaki, Inc. | 9201 Packaging Dr | | | DeSoto | KS | 66018 | 7/15/2020 | $476,504.94 | $476,504.94 | | | |
| 103 | Ida Delores Eversole | Address on File | | | | | | 7/6/2020 | $36,000.00 | $36,000.00 | | | |
| 166 | IPFS Corporation | Lisa R. Chandler | 30 Montgomery Street | Suite 501 | Jersey City | NJ | 07302 | 7/15/2020 | $424,797.39 | | $424,797.39 | | |
| 95 | James E. Jackson | c/o Law Firm of Adam P. Frank, LLC | Attn: Adam P. Frank, Esq. | 101 E. Chesapeake Ave., Suite 200 | Towson | MD | 21286 | 7/1/2020 | $1,000,000.00 | $1,000,000.00 | | | |
| 53 | Jan Gilbert | c/o Sam G. Caras Co., L.P.A. | Attn Sam G. Caras, Esq. | 130 West Second Street Suite 310 | Dayton | OH | 45402 | 6/25/2020 | $0.00 | 70000.00 Plus | | | |
| 97 | Jeffrey Dietrick | Address on File | | | | | | 7/1/2020 | $171,495.00 | $171,495.00 | | | |
| 110 | Jeffrey Dietrick | Address on File | | | | | | 7/5/2020 | Amended | | | | |

STRETTO

# Claims Register as of 7/15/2020

Sorted Alphabetically

| Claim No. | Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Date Filed | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75 | Joshlynn Holloway | c/o Zavodnick, Perlmutter & Boccia, LLC | Attn Mitchell D. Perlmutter | 26 Journal Square Suite 1102 | Jersey City | NJ | 07306 | 6/29/2020 | $500,000.00 | $500,000.00 | | | |
| 127 | Kettle Cuisine LLC | Attn: Wendy Emerson | 330 Lynnway | | Lynn | MA | 01901 | 7/8/2020 | $20,304.63 | $18,523.90 | $1,780.73 | | |
| 130 | KINEXO | Kim Farmer | PO Box 6097 | | Rocky Mount | NC | 27802 | 7/9/2020 | $14,513.66 | $14,513.66 | | | |
| 51 | Kurt Steinhauser | Address on File | | | | | | 6/24/2020 | $62,500.00 | | | $62,500.00 | |
| 18 | KY Department of Revenue | Legal Support Branch | PO Box 5222 | | Frankfort | KY | 40602 | 6/17/2020 | $3,573.97 | $577.15 | | $2,996.82 | |
| 133 | Lactalis Culinary | Coface North America Insurance Company | 650 College Road East, Suite 2005 | | Princeton | NJ | 08540 | 7/9/2020 | $55,961.85 | $55,961.85 | | | |
| 59 | Lawler Foods | P.O. Box 2558 | | | Humble | TX | 77347 | 6/22/2020 | $50,495.90 | $50,495.90 | | | |
| 1 | Liberty Paper Products Acquisition LLC | John Conway | 4850 West Jefferson Street | | Phoenix | AZ | 85043 | 6/15/2020 | $73,542.78 | $73,542.78 | | | |
| 8 | Lilly's Gastronomia Italiana, Inc | 208 Main Street | | | Everett | MA | 02149 | 6/16/2020 | $5,626.07 | $5,626.07 | | | |
| 50 | Loeb Electric Co. | Jeff Blunt | 1800 E. 5th Ave | | Columbus | OH | 43219 | 6/24/2020 | $30,639.36 | $30,639.36 | | | |
| 5 | Marathon Enterprises, Inc | Attn: Maggie Cramer | 9 Smith Street | | Englewood | NJ | 07631 | 6/15/2020 | $8,686.50 | $8,686.50 | | | |
| 4 | Matco Electric Corporation | Attn: Kathleen Towery | 3913 Gates Road | | Vestal | NY | 13850 | 6/15/2020 | $5,849.28 | $5,849.28 | | | |
| 19 | McCain Foods USA, Inc. | Attn: Ian Mitchell | One Tower Lane | 11th Floor | Oakbrook Terrace | IL | 60181 | 6/17/2020 | $873,763.98 | $873,763.98 | | | |
| 47 | Michael Cole | Address on File | | | | | | 6/24/2020 | $30,000.00 | | $30,000.00 | | |
| 84 | Mississippi Department of Revenue | Bankruptcy Section | P.O. Box 22808 | | Jackson | MS | 39225-2808 | 6/30/2020 | Unliquidated | | | Unliquidated | |
| 153 | Mr. Chips, Inc. | Attn: Jim Sanders | 2628 N Huron Rd | | Pinconning | MI | 48650 | 7/13/2020 | $142,499.28 | $142,499.28 | | | |
| 137 | Nathaniel Toraine | Address on File | | | | | | 7/10/2020 | $15,000.00 | $15,000.00 | | | |
| 16 | National Checking Company | Attn: Kelley Perry | 899 Montreal Circle | | St. Paul | MN | 55102 | 6/17/2020 | $6,162.24 | $6,162.24 | | | |
| 7 | Natural Brands Inc. | PO BOX 181386 | | | Dallas | TX | 75218 | 6/16/2020 | $28,757.75 | $28,757.75 | | | |
| 117 | Neil Jones Food Company | Accounts Receivable | 1701 W 16th Street | | Vancouver | WA | 98660 | 7/6/2020 | $47,323.86 | $47,323.86 | | | |
| 147 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | Albany | NY | 12205-0300 | 7/13/2020 | $8,799.90 | $4,000.00 | | $4,799.90 | |
| 148 | New York State Department of Taxation and Finance | Bankruptcy Section | PO Box 5300 | | Albany | NY | 12205-0300 | 7/13/2020 | $4,000.00 | $4,000.00 | | | |
| 43 | Northstar Disposal Corp | Elizabeth M Herrick | 89 Guion Street | | Springfield | MA | 01104 | 6/23/2020 | $1,559.50 | $1,559.50 | | | |
| 13 | Ocean State Peeled Potato, Inc | Attn: Tammy Cardillo | 1587 Plainfield Pike | | Johnston | RI | 02919 | 6/16/2020 | $15,684.00 | | | $15,684.00 | |
| 69 | Original Bagel | David Harris | 2 Fairfield Crescent | | West Caldwell | NJ | 07006 | 6/26/2020 | $7,474.57 | $7,474.57 | | | |
| 20 | Orkin Pest Control | Attn: Samantha Slater | 75 Nassau Terminal Rd | 2nd Floor | New Hyde Park | NY | 11040 | 6/17/2020 | $1,339.93 | $1,339.93 | | | |
| 44 | Orlando Food Sales Inc. | Daniel F. Licini | 208 Harristown Road | Ste 103 | Glen Rock | NJ | 07452 | 6/23/2020 | $5,764.50 | $5,764.50 | | | |
| 88 | Packaging Corporation of America | Credit Department | 1 N Field Court | Attn: Vince Carrera | Lake Forest | IL | 60045 | 6/30/2020 | $45,200.65 | $45,200.65 | | | |
| 14 | Paul Delima Co., Inc. | Attn: Kurt Michael Stroman | 7546 Morgan Road | | Liverpool | NY | 13090 | 6/17/2020 | $11,628.40 | $11,628.40 | | | |
| 9 | Plymouth Beef Co | Attn: Devi | 355 Food Center Drive | Bldg G1 | Bronx | NY | 10474 | 6/17/2020 | Withdrawn | | | | |
| 12 | Plymouth Beef Co | Attn: Devi | 355 Food Center Drive | Bldg G1 | Bronx | NY | 10474 | 6/17/2020 | $5,320.00 | $5,320.00 | | | |
| 122 | Polsinello Fuels, Inc. | Beth Polsinello | P.O. Box 211 | | Rensselaer | NY | 12144 | 7/7/2020 | $9,897.70 | $9,897.70 | | | |
| 81 | Professional Image Inc | 1654 Front St | Ste 5 | | Slidell | LA | 70458 | 6/30/2020 | $310.95 | $310.95 | | | |
| 121 | PSEG LI | Laura Gomez | 15 Park Drive | Special Collections | Melville | NY | 11747 | 7/7/2020 | $11,173.17 | $11,173.17 | | | |
| 2 | Riskonnect ClearSight LLC | Attn: Kayla Merwin | 1701 Barrett Lakes Blvd | | Kennesaw | GA | 30144 | 6/15/2020 | $15,624.11 | $15,566.03 | | $58.08 | |
| 3 | Riskonnect ClearSight LLC | Attn: Kayla Merwin | 1701 Barrett Lakes Blvd | | Kennesaw | GA | 30144 | 6/15/2020 | $57,311.06 | $54,800.00 | | $2,511.06 | |
| 123 | Robert James Bennett | Address on File | | | | | | 7/8/2020 | $6,031.48 | $6,031.48 | | | |
| 125 | Robert Marvin | Address on File | | | | | | 7/8/2020 | $65,000.00 | $51,350.00 | | $13,650.00 | |
| 99 | Robyn Brunges | Address on File | | | | | | 7/1/2020 | $60,220.00 | $60,220.00 | | | |
| 115 | Russell Woodward | Address on File | | | | | | 7/6/2020 | $25,000.00 | $25,000.00 | | | |
| 145 | S & D Coffee Inc | Attn: Jim Brown | PO Box 1628 | | Concord | NC | 28026 | 7/13/2020 | $916,390.51 | $916,390.51 | | | |
| 42 | Sabra Myers | Address on File | | | | | | 6/23/2020 | $1,500,000.00 | $1,500,000.00 | | | |
| 136 | Salov NA / Filippo Berio | Attn: Paige Van Valkenburgh | 125 Chubb Avenue | Suite 1 Floor 1 | Lyndhurst | NJ | 07071 | 7/9/2020 | $6,792.00 | $6,792.00 | | | |
| 124 | Saputo Dairy Foods USA, LLC | Steve Carlson | 2711 North Haskell Ave #3700 | | Dallas | TX | 75204 | 7/8/2020 | $437,818.21 | $437,818.21 | | | |
| 98 | Schreiber Foods Inc. | c/o Clark Hill PLC | Attn: Scott N. Schreiber | 130 E. Randolph St., #3900 | Chicago | IL | 60601 | 7/1/2020 | $500,461.88 | $500,461.88 | | | |
| 100 | Scott Peter Leveille | Address on File | | | | | | 7/1/2020 | $108,768.00 | $108,768.00 | | | |
| 112 | Shelly Ann Landon | Address on File | | | | | | 7/5/2020 | $9,900.00 | $9,900.00 | | | |
| 120 | Signode/Muller | Susan Hill | PO Box 71514 | | Chicago | IL | 60694-1514 | 7/7/2020 | $40,015.36 | $40,015.36 | | | |
| 34 | Sokolis Transportation Group, Inc. | Attn: Howard Abrams | 1432 Easton Rd | Bldg 2F | Warrington | PA | 18976 | 6/22/2020 | $13,719.00 | $13,719.00 | | | |
| 114 | Southern Tier Network, Inc. | 8 Denison Parkway East | Suite 310 | | Corning | NY | 14830 | 7/6/2020 | $53,622.00 | $53,622.00 | | | |
| 56 | Staples Business Advantage | Attn: Tom Riggleman | 7 Technology Circle | | Columbia | SC | 29203 | 6/16/2020 | $13,109.05 | $13,109.05 | | | |
| 151 | State Street Poultry and Provisions | Attn: Jamie Grimes | 2221 Berlin Street | | Baltimore | MD | 21230 | 7/13/2020 | $10,479.41 | $10,479.41 | | | |
| 45 | Sterno Products | Accounts Receivable | 1880 Compton Ave Suite 101 | | Corona | CA | 92881 | 6/23/2020 | $7,894.42 | $7,894.42 | | | |
| 89 | Stratas Foods, LLC | c/o Eckert Seamans Cherin & Mellott, LLC | Attn: Harry Readshaw | 600 Grant Street, 44th Floor | Pittsburgh | PA | 15219 | 7/1/2020 | $1,366,246.00 | $1,366,246.00 | | | |

STRETTO

# Claims Register as of 7/15/2020

Sorted Alphabetically

| Claim No. | Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Date Filed | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 160 | Stretch Wrap Systems, LLC | Lori Versace | PO Box 105 | | Emigsville | PA | 17318 | 7/14/2020 | $1,069.20 | $1,069.20 | | | |
| 79 | Swanson-Girard Distributing, Inc. DBA Filtercorp SE | 10420 Southern Loop Blvd | | | Pineville | NC | 28134 | 6/26/2020 | $10,686.17 | $10,686.17 | | | |
| 126 | Team Three Group Limited, LLC | Mariann Hubbard | 18445 Edison Ave | | Chesterfield | MO | 63005 | 7/8/2020 | $388,210.45 | $388,210.45 | | | |
| 71 | Terrell Alarm Systems, LLC | Robert Smith | 901 W Moore Avenue | | Terrell | TX | 75160 | 6/29/2020 | $4,063.00 | $4,063.00 | | | |
| 72 | Terrell Alarm Systems, LLC | Robert Smith | 901 W Moore Avenue | | Terrell | TX | 75160 | 6/29/2020 | $2,524.38 | $2,524.38 | | | |
| 116 | Thomas Rossi | Address on File | | | | | | 7/6/2020 | $65,000.00 | $65,000.00 | | | |
| 159 | Torrey Farms Inc. | c/o Accounts Receivable | PO Box 187 | | Elba | NY | 14058 | 7/13/2020 | $3,014.00 | | | | $3,014.00 |
| 64 | Triple T Transport, Inc. | Wade Amelung | PO Box 649 | | Lewis Center | OH | 43035 | 6/25/2020 | $198,245.90 | $198,245.90 | | | |
| 128 | Two-L-Electric Company | Accounting Department | 1363 Heistan Place | | Memphis | TN | 38104 | 7/9/2020 | $7,798.00 | $7,798.00 | | | |
| 144 | United Apple Sales LLC | Sheila Dobbins | 99 West Avenue | PO Box 503 | Lyndonville | NY | 14098 | 7/9/2020 | $2,576.00 | $2,576.00 | | | |
| 86 | Upstate Farms Dairy, LLC | Tom Soluri | 25 Anderson Road | | Buffalo | NY | 14225 | 6/30/2020 | $512,943.79 | $512,943.79 | | | |
| 70 | Yair Aaron Barrow | c/o Werb & Sullivan | Attn: Brian Sullivan | 1225 North King Street, Suite 600 | Wilmington | DE | 19801 | 6/26/2020 | $0.00 | Unliquidated | | | |
| 32 | Zwilling J.A. Henckels | Att: Stephen Foreman | 270 Marble Avenue | | Pleasantville | NY | 10570 | 6/22/2020 | $734.26 | $734.26 | | | |