# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| MAINES PAPER & FOOD SERVICE, INC., *et al.*,[1] | ) Case No. 20-11502 (KBO) |
| Debtors. | ) (Jointly Administered) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TELEPHONIC HEARING ON SEPTEMBER 16, 2020 AT 3:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE KAREN B. OWENS

**Any party wishing to appear must do so telephonically by contacting CourtCall by telephone (866-582-6878) or facsimile (866-533-2946), no later than 12:00 p.m., one (1) business day before the hearing.**

### UNCONTESTED MATTER GOING FORWARD:

1. Debtors' First Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed 8/28/20] (Docket No. 251)

    Response Deadline: September 4, 2020, at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed 6/11/20] (Docket No. 34)

    B. Disclosure Statement with Respect to Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed 6/11/20] (Docket No. 35)

    C. Notice of Hearing to Consider Approval of Debtors' Proposed Disclosure Statement for Debtors' Plan of Liquidation [Filed 6/17/20] (Docket No. 68)

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Maines Paper & Food Service, Inc. (7759); Maines Funding Corporation (2136); Maines Paper & Food Service - Chicago, Inc. (9916); Maines Paper & Food Service - Dallas, Inc. (8533); Maines Paper & Food Service - Great Lakes, Inc. (3029); Maines Paper & Food Service - Maryland, Inc. (2317); Maines Paper & Food Service - Mid-Atlantic, Inc. (3028); Maines Paper & Food Service - New England, Inc. (3026); Maines Paper & Food Service - NY Metro, Inc. (3024); Maines Paper & Food Service - Ohio, Inc. (3023); Maines Paper & Food Service - Tennessee, Inc. (5934); Maines Paper & Food Service - Worcester, Inc. (1866); and Warehouse & Logistics, Inc. (5921). The Debtors' mailing address is 101 Broome Corporate Parkway, P.O. Box 450, Conklin, New York 13748.

D. [Signed] Order (A) Approving the Adequacy of the Disclosure Statement; (B) Scheduling a Hearing to Confirm the Joint Chapter 11 Plan of Liquidation; (C) Establishing Deadline for Filing Objections to Confirmation of Plan; (D) Approving Form of Ballots, Voting Deadline and Solicitation Procedures; and (E) Approving Form and Manner of Notice [Filed 7/24/20] ([Docket No. 194](#))

E. Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Solicitation Version] [Filed 7/24/20] ([Docket No. 195](#))

F. Disclosure Statement with Respect to Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Solicitation Version] [Filed 7/24/20] ([Docket No. 196](#))

G. Notice of Filing of Blackline Versions of: (A) Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code; and (B) Disclosure Statement with Respect to Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed 7/24/20] ([Docket No. 197](#))

H. Notice of Entry of Order (I) Approving Disclosure Statement; (II) Scheduling a Hearing to Confirm Liquidating Plan; and (III) Establishing Related Dates [Filed 7/29/20] ([Docket No. 199](#))

I. Notice of the Official Committee of Unsecured Creditors Concerning Its Recommendation Letter Regarding the Plan [Filed 8/20/20] ([Docket No. 225](#))

J. [Signed] Order Re-Scheduling: (I) the Hearing to Confirm the Joint Chapter 11 Plan of Liquidation; and (II) Certain Related Deadlines [Filed 8/21/20] ([Docket No. 229](#))

K. Notice of Filing of Plan Supplement With Respect to Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed 8/28/20] ([Docket No. 250](#))

L. Notice of Filing of Blackline Version of Debtors' First Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy [Filed 8/28/20] ([Docket No. 252](#))

M. Notice of the Official Committee of Unsecured Creditors of its Recommendation Letter Regarding the Plan [Filed 8/28/20] ([Docket No. 253](#))

N. Memorandum of Law in Support of Confirmation of Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed 9/11/20] ([Docket No. 265](#))

O. Declaration of John C. DiDonato in Support of Confirmation of Debtors' Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed 9/11/20] ([Docket No. 266](#))

P.  Certification of Stretto Regarding Tabulation of Votes in Connection with the Debtors' First Amended Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Filed 9/11/20] ([Docket No. 268](#))

<u>Status</u>: This matter will be going forward as to confirmation of the Debtors' First Amended Joint Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy.

Dated: September 14, 2020                **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  ljones@pszjlaw.com
            dbertenthal@pszjlaw.com
            tcairns@pszjlaw.com

Counsel to the Debtors and Debtors in Possession