IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 ) |
| MAINES PAPER & FOOD SERVICE, INC., *et al.*,[1] | ) Case No. 20-11502 (KBO) ) |
| Debtors. | ) (Jointly Administered) ) **Ref. Docket No. 311** |

# ORDER GRANTING
# FIRST AND FINAL APPLICATION FOR COMPENSATION
# AND REIMBURSEMENT OF EXPENSES OF
# PACHULSKI STANG ZIEHL & JONES LLP, AS COUNSEL
# FOR THE DEBTORS AND DEBTORS IN POSSESSION,
# FOR THE PERIOD FROM JUNE 10, 2020 THROUGH OCTOBER 15, 2020

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as Counsel for the Debtors and Debtors in Possession ("Debtors") in the above-captioned cases, filed its First and Final Application for Compensation and for Reimbursement of Expenses for the Period from June 10, 2020 through October 15, 2020 (the "Final Application"). The Court has reviewed the Final Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Application, and any hearing on the Final Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Application. Accordingly, it is hereby

---

[1] The Debtors, along with the last four (4) digits of each Debtor's federal tax identification number are: Maines Paper & Food Service, Inc. (7759); Maines Funding Corporation (2136); Maines Paper & Food Service - Chicago, Inc. (9916); Maines Paper & Food Service - Dallas, Inc. (8533); Maines Paper & Food Service - Great Lakes, Inc. (3029); Maines Paper & Food Service - Maryland, Inc. (2317); Maines Paper & Food Service - Mid-Atlantic, Inc. (3028); Maines Paper & Food Service - New England, Inc. (3026); Maines Paper & Food Service - NY Metro, Inc. (3024); Maines Paper & Food Service - Ohio, Inc. (3023); Maines Paper & Food Service - Tennessee, Inc. (5934); Maines Paper & Food Service - Worcester, Inc. (1866); and Warehouse & Logistics, Inc. (5921). The Debtors' mailing address is 101 Broome Corporate Parkway, P.O. Box 450, Conklin, New York 13748.

ORDERED that the Final Application is GRANTED, on a final basis, and all fees and costs requested in the Final Application are allowed on a final basis. Debtors in the above cases shall pay to PSZ&J the sum of $951,707.00 as compensation and $36,118.53 as reimbursement of expenses, for a total of $987,825.53 for services rendered and disbursements incurred by PSZ&J for the period June 10, 2020 through October 15, 2020.

ORDERED that PSZ&J may file one or more supplemental fee applications and submit a certificate of no objection and order to the Court for final approval of such fees and expenses as may be reflected in any such supplemental fee application.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: December 15th, 2020　　　　　　　　　**KAREN B. OWENS**
Wilmington, Delaware　　　　　　　　　　　　**UNITED STATES BANKRUPTCY JUDGE**